```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                    EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    ) CASE NO. 1:02CR5101 AWI
                                 )
11           Plaintiff,          ) MOTION AND ORDER FOR
                                 ) DISMISSAL OF INDICTMENT
12      v.                       )
                                 )
13  ELEUTERIO FERNANDEZ,         )
      aka Eleuterio Chavez,      )
14                               )
             Defendant.          )
15  _____)

16
         The United States Attorney's Office, pursuant to Rule 48(a)
17
    of the Federal Rules of Criminal Procedure, hereby moves to
18
    dismiss the indictment, against ELEUTERIO FERNANDEZ, aka Eleuterio
19
    Chavez, in the interest of justice and without prejudice.
20
    DATED: February 23, 2009           Respectfully submitted,
21
                                       LAWRENCE G. BROWN
22                                     Acting United States Attorney

23
                                  By   /s/ Sheila K. Oberto
24                                     SHEILA K. OBERTO
                                       Assistant U.S. Attorney
25

26

27

28

                                   1
```

```
 1 │ LAWRENCE G. BROWN
   │ Acting United States Attorney
 2 │ SHEILA K. OBERTO
   │ Assistant U.S. Attorney
 3 │ 4401 Federal Building
   │ 2500 Tulare Street
 4 │ Fresno, California 93721
   │ Telephone: (559) 497-4000
 5 │
 6 │
 7 │           IN THE UNITED STATES DISTRICT COURT FOR THE
 8 │                  EASTERN DISTRICT OF CALIFORNIA
 9 │
10 │ UNITED STATES OF AMERICA,   ) CASE NO. 1:02CR5101 AWI
   │                             )
11 │         Plaintiff,          ) ORDER FOR
   │                             ) DISMISSAL OF INDICTMENT
12 │    v.                       )
   │                             )
13 │ ELEUTERIO FERNANDEZ,        )
   │  aka Eleuterio Chavez,      )
14 │                             )
   │         Defendant.          )
15 │                             )
   │                             )
16 │
```

IT IS HEREBY ORDERED, that the Indictment against ELEUTERIO FERNANDEZ, aka Eleuterio Chavez, be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

Dated:   February 23, 2009             /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

2